OCT 03 2007

1  NEIL S. LERNER (SBN 134031)
   ARTHUR A. SEVERANCE (SBN 246691)
2  SANDS LERNER
   12400 Wilshire Boulevard, Suite 1300
3  Los Angeles, California 90025
   Telephone (310) 979-9144
4  Facsimile  (310) 979-9244
5  Email    nsl@sandslerner.com,
            aas@sandslerner.com
6
7  Attorneys for Plaintiff,
   MARKEL AMERICAN
8  INSURANCE COMPANY, INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  MARKEL AMERICAN INSURANCE          Case No.
    COMPANY, INC.,
14                                     IN ADMIRALTY
15          Plaintiff,
                                       **COMPLAINT FOR DECLARATORY**
16      vs.                            **RELIEF**
17
    QUARK SPEED PARTNERS, a partnership,
18  DAVE MARSHBURN, an individual,
    GILBERT MITCHELL, an individual, and
19  WAYNE MARTIN, an individual,
20
21          Defendants.
22
23      Plaintiff MARKEL AMERICAN INSURANCE COMPANY, INC. ("MARKEL")
24  complains against Defendants QUARK SPEED PARTNERS ("QUARK"), DAVE
25  MARSHBURN, GILBERT MITCHELL, and WAYNE MARTIN, and alleges, on
26  information and belief, as follows:
27  ///
28  ///

1

**JURISDICTION**

1.     This is an action for declaratory relief as to a policy of marine insurance. It is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and falls with in the admiralty and maritime jurisdiction of this Court, pursuant to 28 U.S.C. § 1333. In addition, this action seeks declaratory relief under 28 U.S.C. § 2201.

2.     Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in this District.

**FIRST CLAIM FOR RELIEF: DECLARATORY RELIEF (28 U.S.C. § 2201)**

3.     Plaintiff MARKEL is a corporation organized and existing under the laws of the State of Virginia with its principal place of business in Glen Allen, Virginia.

4.     Plaintiff MARKEL is licensed to do business in the State of California, and in this judicial district, as an insurer of marine risks. Plaintiff MARKEL issues marine policies in California, and in this district, through R.C. FISCHER & COMPANY ("FISCHER").

5.     Defendant QUARK claims, and at all times relevant herein has claimed, to have an insurable interest in that certain 1993 36′ Catalina vessel bearing Hull Identification No. CTYR1258L293, named "QUARK SPEED."

6.     The QUARK SPEED is registered with the United States Coast Guard under Official Number 1025326.

7.     Defendant QUARK is a partnership organized and existing under the laws of the State of California, with its principal place of business in the County of Contra Costa, State of California. At all times relevant herein, the members of the partnership were Defendants GILBERT MITCHELL, DAVE MARSHBURN, and WAYNE MARTIN.

8.     Defendant GILBERT MITCHELL is a citizen of the state of California.

9.     Defendant DAVE MARSHBURN is a citizen of the state of California. He resided in and was domiciled in the County of Contra Costa, State of California at all times relevant herein.

COMPLAINT FOR DECLARATORY RELIEF

SANDS LERNER
12490 WILSHIRE BOULEVARD, SUITE 1300
LOS ANGELES, CALIFORNIA 90025
TELEPHONE 310-979-9144

1    10.    Defendant WAYNE MARTIN is a citizen of the state of California.

2    11.    Some time on or before September 29, 2005, Defendant DAVE

3    MARSHBURN, acting on behalf of Defendant QUARK, purchased insurance from Plaintiff

4    MARKEL through FISCHER for the QUARK SPEED. That policy, number YH5004627-63,

5    was for the period from September 29, 2005 to September 29, 2006 ("2005-2006 Policy").

6    The 2005-2006 Policy contained a notice, number YH7400-0305, entitled "NOTICE:

7    SURVEY REQUIRED BEFORE NEXT RENEWAL." The notice required Defendants to

8    submit a condition and valuation survey of the vessel ninety (90) days before the policy

9    period ended. Defendants failed to submit the required survey.

10    12.    Because the boat had not been surveyed, on or about July 7, 2006, Plaintiff

11    MARKEL offered Defendant QUARK a renewal policy, number YH50044627-64, for the

12    period from September 29, 2006 to September 29, 2007 ("2006-2007 Policy"). The 2006-

13    2007 Policy contained a port risk endorsement, number YH7307-0904, entitled

14    "LIMITATION – PORT RISK ONLY." The port risk endorsement required Defendants to

15    keep the QUARK SPEED in its home port of Oakland, California to maintain coverage. It

16    prohibited Defendants from moving the vessel or operating it outside of the port. QUARK

17    accepted the 2006-2007 Policy.

18    13.    On June 24, 2007, Defendant GILBERT MITCHELL moved the QUARK

19    SPEED out of its port to Raccoon Straits. While the QUARK SPEED was underway, it was

20    involved in a collision with another vessel. The QUARK SPEED was damaged. Defendant

21    GILBERT MITCHELL and one of the two passengers onboard were thrown overboard and

22    suffered minor injuries.

23    14.    Vessel Assist towed the QUARK SPEED to Nelson's Marine in Alameda,

24    California.

25    15.    On or about June 25, 2007, Defendants DAVE MARSHBURN and GILBERT

26    MITCHELL contacted FISCHER to submit an insurance claim to Plaintiff MARKEL for the

27    loss to the QUARK SPEED, including salvage costs. This act commenced the claims

28    process.

SANDS LERNER
12400 WILSHIRE BOULEVARD, SUITE 1300
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: 310-979-9144

3

COMPLAINT FOR DECLARATORY RELIEF

16.    During the investigation that Plaintiff MARKEL undertook as part of the claims process, it ascertained that Defendant GILBERT MITCHELL had taken the QUARK SPEED out of port in violation of the port risk endorsement.

17.    An actual controversy exists between Plaintiff MARKEL and Defendants in that MARKEL contends that for the reasons set forth in paragraphs 1 through 16, inclusive, the 2006-2007 Policy does not provide coverage for the aforementioned losses to and/or caused by the QUARK SPEED, whereas Defendants claim that it does.  MARKEL therefore desires and requests a judicial determination as to the rights of each party under the 2006-2007 Policy with respect to whether Defendants complied with the port risk endorsement to the 2006-2007 Policy.

WHEREFORE, Plaintiff MARKEL AMERICAN INSURANCE COMPANY, INC. prays as follows:

1.    That the Court enter a declaratory judgment in its favor with costs, adjudging that Plaintiff is not legally obligated to pay anyone any sum on account of any loss to or caused by that certain 1999 36' Catalina vessel bearing Hull Identification No. CTYR1258L293, named the "QUARK SPEED," stemming from the events of June 24, 2007.

2.    That the Court grants such other and further relief as the Court deems just and proper.


DATED:  September 26, 2007              SANDS LERNER

                                        By: _____
                                            NEIL S. LERNER
                                            ARTHUR A. SEVERANCE
                                            Attorneys for Plaintiff,
                                            MARKEL AMERICAN INSURANCE
                                            COMPANY, INC.

COMPLAINT FOR DECLARATORY RELIEF