1  NEIL S. LERNER (SBN 134031)
   ARTHUR A. SEVERANCE (SBN 246691)
2  SANDS LERNER
   12400 Wilshire Boulevard, Suite 1300
3  Los Angeles, California 90025
   Telephone (310) 979-9144
4  Facsimile  (310) 979-9244
5  Email    nsl@sandslerner.com,
            aas@sandslerner.com
6
   Attorneys for Plaintiff,
7  MARKEL AMERICAN
   INSURANCE COMPANY, INC.
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | MARKEL AMERICAN INSURANCE      | Case No. 3:07-cv-05010-MEJ
   | COMPANY, INC.,                 |
14 |                                | IN ADMIRALTY
15 |         Plaintiff,             |
   |                                | **WAIVER OF SERVICE OF SUMMONS
16 |    vs.                         | BY QUARK SPEED PARTNERS, DAVE
   |                                | MARSHBURN, WAYNE MARTIN, AND
17 | QUARK SPEED PARTNERS, a partnership, | GILBERT MITCHELL**
18 | DAVE MARSHBURN, an individual, |
   | GILBERT MITCHELL, an individual, and |
19 | WAYNE MARTIN, an individual,   |
20 |                                |
21 |         Defendants.            |

22

23      1.     Defendant QUARK SPEED PARTNERS waived service of summons in the
24 above-entitled action on November 9, 2007. A true and correct copy of the Waiver of Service
25 of Summons is attached hereto as Exhibit "A."
26      2.     Defendant DAVE MARSHBURN waived service of summons in the above-
27 entitled action on November 9, 2007. A true and correct copy of the Waiver of Service of
28 Summons is attached hereto as Exhibit "B."

3. Defendant WAYNE MARTIN waived service of summons in the above-entitled action on November 9, 2007. A true and correct copy of the Waiver of Service of Summons is attached hereto as Exhibit "C."

4. Defendant GILBERT MITCHELL waived service of summons in the above-entitled action on November 12, 2007. A true and correct copy of the Waiver of Service of Summons is attached hereto as Exhibit "D."

DATED: November 26, 2007                SANDS LERNER

By: _____
NEIL S. LERNER
ARTHUR A. SEVERANCE
Attorneys for Plaintiff,
MARKEL AMERICAN INSURANCE COMPANY, INC.