## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **November 26, 2007**, I served the foregoing documents described as:

**WAIVER OF SERVICE OF SUMMONS BY QUARK SPEED PARTNERS, DAVE MARSHBURN, WAYNE MARTIN, AND GILBERT MITCHELL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**See attached Service List**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☐ (STATE) I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on **November 26, 2007** at Los Angeles, California.

*Charles Davies*
Charles Davies

**SERVICE LIST**
*Markel American Insurance Company, Inc. v. Quark Speed Partners, et al.*
USDC-CA Northern Case No. 3:07-cv-05010-MEJ

| Edward M. Keech, Esq.<br>FITZGERALD ABBOTT & BEARDSLEY LLP<br>P.O. Box 12867<br>Oakland, CA  94604-2867<br><br>Tel:    (510) 451-3300<br>Fax:   (510) 451-1527<br>E-mail:  ekeech@fablaw.com | **Attorney for Plaintiffs,**<br>• Quark Speed Partners<br>• David Marshburn<br>• Gilbert Mitchell<br>• Wayne Martin |