```
NEIL S. LERNER (SBN 134031)
ARTHUR A. SEVERANCE (SBN 246691)
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144
Facsimile (310) 979-9244
Email      nsl@sandslerner.com
           aas@sandslerner.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> QUARK SPEED PARTNERS, et al. <br><br> Defendant(s). | No. C  07 5010 MEJ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> **AND** <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 5, 2007          Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **December 6, 2007**, I served the foregoing documents described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**See attached Service List**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☐ (STATE) I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on **December 6, 2007** at Los Angeles, California.

*Charles Davies*
Charles Davies

---

1

PROOF OF SERVICE

**SERVICE LIST**
*Markel American Insurance Company, Inc. v. Quark Speed Partners, et al.*
USDC-CA Northern Case No. 3:07-cv-05010-MEJ

| | |
|---|---|
| Edward M. Keech<br>FITZGERALD ABBOTT & BEARDSLEY LLP<br>P.O. Box 12867<br>Oakland, CA  94604-2867<br><br>Tel:      (510) 451-3300<br>Fax:     (510) 451-1527<br>E-mail:  ekeech@fablaw.com | **Attorney for Plaintiffs,**<br>• Quark Speed Partners<br>• David Marshburn<br>• Gilbert Mitchell<br>• Wayne Martin |