NEIL S. LERNER (SBN 134031)
ARTHUR A. SEVERANCE (SBN 246691)
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144
Facsimile  (310) 979-9244
Email     nsl@sandslerner.com,
          aas@sandslerner.com

Attorneys for Plaintiff,
MARKEL AMERICAN
INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUARK SPEED PARTNERS, a partnership, DAVE MARSHBURN, an individual, GILBERT MITCHELL, an individual, and WAYNE MARTIN, an individual, <br><br> Defendants. | Case No. C 07 5010 MEJ <br><br> IN ADMIRALTY <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Markel Corporation, Parent;

2. Essex Insurance Company, Inc., Additional Subsidiary of Markel Corporation;

3. Markel Global Marine and Energy, Inc., Additional Subsidiary of Markel Corporation;

4. Markel Insurance Company, Inc., Additional Subsidiary of Markel Corporation;

5. Markel International, Additional Subsidiary of Markel Corporation;

6. Markel Re, Additional Subsidiary of Markel Corporation;

7. Markel Southwest Underwriters, Inc., Additional Subsidiary of Markel Corporation;

8. Markel Underwriting Mangers, Inc., Additional Subsidiary of Markel Corporation; and

9. Shand Morahan & Company, Inc., Additional Subsidiary of Markel Corporation.

DATED: December 5, 2007

SANDS LERNER

By: _____
NEIL S. LERNER
ARTHUR A. SEVERANCE
Attorneys for Plaintiff,
MARKEL AMERICAN INSURANCE COMPANY, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **December 6, 2007**, I served the foregoing documents described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**See attached Service List**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☐ (STATE) I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on **December 6, 2007** at Los Angeles, California.

*Charles Davies*
Charles Davies

1
PROOF OF SERVICE

**SERVICE LIST**

*Markel American Insurance Company, Inc. v. Quark Speed Partners, et al.*
USDC-CA Northern Case No. 3:07-cv-05010-MEJ

| | |
|---|---|
| Edward M. Keech<br>FITZGERALD ABBOTT & BEARDSLEY LLP<br>P.O. Box 12867<br>Oakland, CA 94604-2867<br><br>Tel:    (510) 451-3300<br>Fax:   (510) 451-1527<br>E-mail: ekeech@fablaw.com | **Attorney for Plaintiffs,**<br>• Quark Speed Partners<br>• David Marshburn<br>• Gilbert Mitchell<br>• Wayne Martin |