NEIL S. LERNER (SBN 134031)
ARTHUR A. SEVERANCE (SBN 246691)
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144
Facsimile  (310) 979-9244
Email      nsl@sandslerner.com,
           aas@sandslerner.com

Attorneys for Plaintiff,
MARKEL AMERICAN
INSURANCE COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUARK SPEED PARTNERS, a partnership, DAVE MARSHBURN, an individual, GILBERT MITCHELL, an individual, and WAYNE MARTIN, an individual, <br><br> Defendants. | Case No. C 07 5010 MJJ <br><br> IN ADMIRALTY <br><br> **NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |

///
///
///
///
///
///

1

SANDS LERNER
12400 WILSHIRE BOULEVARD, SUITE 1300
LOS ANGELES, CALIFORNIA 90025
TELEPHONE 310-979-9144

1    NOTICE IS HERBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff

2    MARKEL AMERICAN INSURANCE COMPANY, INC., voluntarily dismisses the above-captioned

3    action without prejudice.

4

5    DATED:  December 21, 2007          SANDS LERNER

6

7                                       By: _____

8                                            NEIL S. LERNER
                                             ARTHUR A. SEVERANCE
9                                            Attorneys for Plaintiff,
                                             MARKEL AMERICAN INSURANCE
10                                           COMPANY, INC.

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL

SANDS LERNER
12400 WILSHIRE BOULEVARD, SUITE 1300
LOS ANGELES, CALIFORNIA 90025
TELEPHONE  310-979-9144